# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re: COUGHENOUR, TRACEY S.        §    Case No. 12-00486-3G7

                                                  §

                                                  §

Debtor(s)                                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Gregory K. Crews, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $40,850.00           Assets Exempt: $41,850.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$2,009.20      Claims Discharged
                                                Without Payment: $70,414.92

Total Expenses of Administration:$2,160.80

3)  Total gross receipts of $ 5,170.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 1,000.00 (see **Exhibit 2**), yielded net receipts of $4,170.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $16,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 930.50 | 2,160.80 | 2,160.80 | 2,160.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 71,570.00 | 14,992.12 | 14,992.12 | 2,009.20 |
| **TOTAL DISBURSEMENTS** | $88,500.50 | $17,152.92 | $17,152.92 | $4,170.00 |

4)  This case was originally filed under Chapter 7 on January 30, 2012. The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/30/2013          By: /s/Gregory K. Crews
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 5,170.00 |
| **TOTAL GROSS RECEIPTS** | | $5,170.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tracey Coughenour | Debtors Exemptions | 8100-002 | 1,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,000.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | VYSTAR | 4110-000 | 16,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $16,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregory K. Crews | 2100-000 | N/A | 1,042.50 | 1,042.50 | 1,042.50 |
| Gregory K. Crews | 2200-000 | N/A | 87.80 | 87.80 | 87.80 |
| Fleming & Company, LLC | 3610-000 | N/A | 775.50 | 775.50 | 775.50 |
| Fleming & Company, LLC | 3620-000 | N/A | 155.00 | 155.00 | 155.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,160.80 | $2,160.80 | $2,160.80 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 1,216.00 | 1,417.25 | 1,417.25 | 189.94 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 673.00 | 797.22 | 797.22 | 106.84 |
| 3 | GE Capital Retail Bank | 7100-000 | 5,291.00 | 5,320.05 | 5,320.05 | 712.98 |
| 4 | Dell Financial Services, LLC | 7100-000 | 3,186.00 | 3,443.85 | 3,443.85 | 461.53 |
| 5 | Capital One, N.A. | 7100-000 | 812.00 | 827.74 | 827.74 | 110.93 |
| 6 | United Consumer Financial Serv. | 7100-000 | 2,960.00 | 3,186.01 | 3,186.01 | 426.98 |
| NOTFILED | CIT BANK/DFS | 7100-000 | 3,186.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE CARD SERVICES | 7100-000 | 8,109.00 | N/A | N/A | 0.00 |
| NOTFILED | SALLIE MAE | 7100-000 | 46,137.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $71,570.00 | $14,992.12 | $14,992.12 | $2,009.20 |

Exhibit 8

Page:  1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 12-00486-3G7 | Trustee:        (290900)    Gregory K. Crews |
| Case Name:    COUGHENOUR, TRACEY S. | Filed (f) or Converted (c):  01/30/12 (f) |
| | §341(a) Meeting Date:  03/02/12 |
| Period Ending: 01/30/13 | Claims Bar Date:  06/18/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | HOMESTEAD- 5600 CARDER SPENCER RD. MIDDLEBURG, F<br>Orig. Asset Memo: Orig. Description: HOMESTEAD- 5600 CARDER SPENCER RD. MIDDLEBURG, FL 32068 | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Household goods and furnishings, including audio<br>Orig. Asset Memo: Orig. Description: 2 SOFAS, RECLINER, 2 BEDS, 3 DRESSERS, 2 NIGHT STANDS, COMPUTER & DESK, PRINTER STAND, WRITING DESK, DINING TABLE w/6 CHAIRS, CHINA CABINET, COFFEE TABLE, 3 END TABLES, 2 T.V.'S, MICROWAVE, WASHER & DRYER<br>AND RIDING LAWN MOWER<br>Location: In debtor's possession | 600.00 | 0.00 | DA | 0.00 | FA |
| 3 | Wearing apparel.<br>Orig. Asset Memo: Orig. Description: CLOTHING<br>Location: In debtor's possession | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Furs and jewelry.<br>Orig. Asset Memo: Orig. Description: JEWELRY<br>Location: In debtor's possession | 150.00 | 0.00 | DA | 0.00 | FA |
| 5 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2006 CHEVY HHR<br>Location: In debtor's possession | 3,500.00 | 5,170.00 | | 5,170.00 | FA |
| 5 | **Assets**  **Totals** (Excluding unknown values) | **$44,350.00** | **$5,170.00** | | **$5,170.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/23/12 TFR prepared.

10/31/12 TFR approved.

10/31/12 Notice mailed to creditors.

11/26/12 Disbursment order to court.

11/27/12 Disbursment made.

12/19/12 Checks mailed.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-00486-3G7 | **Trustee:**   (290900)   Gregory K. Crews |
| **Case Name:**   COUGHENOUR, TRACEY S. | **Filed (f) or Converted (c):**   01/30/12 (f) |
| | **§341(a) Meeting Date:**   03/02/12 |
| **Period Ending:** 01/30/13 | **Claims Bar Date:**   06/18/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**   December 15, 2012          **Current Projected Date Of Final Report (TFR):**          October 23, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 12-00486-3G7 | **Trustee:** | Gregory K. Crews (290900) |
| **Case Name:** COUGHENOUR, TRACEY S. | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | 9200-******02-66 - Checking Account |
| **Taxpayer ID #:** **-***2289 | **Blanket Bond:** | $33,900,000.00  (per case limit) |
| **Period Ending:** 01/30/13 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/07/12 | {5} | Fleming & Company | Auction proceeds | 1129-000 | 5,170.00 | | 5,170.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,145.00 |
| 07/03/12 | 101 | Fleming & Company, LLC | Auctioneer's Fee | 3610-000 | | 775.50 | 4,369.50 |
| 07/03/12 | 102 | Fleming & Company, LLC | Auctioneer's Expenses | 3620-000 | | 155.00 | 4,214.50 |
| 07/03/12 | 103 | Tracey Coughenour | Debtors Exemptions | 8100-002 | | 1,000.00 | 3,214.50 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,189.50 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,164.50 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,139.50 |
| 11/27/12 | 104 | Gregory K. Crews | Dividend paid 100.00% on $87.80, Trustee Expenses;  Reference: | 2200-000 | | 87.80 | 3,051.70 |
| 11/27/12 | 105 | Gregory K. Crews | Dividend paid 100.00% on $1,042.50, Trustee Compensation;  Reference: | 2100-000 | | 1,042.50 | 2,009.20 |
| 11/27/12 | 106 | Capital One Bank (USA), N.A. | Dividend paid 13.40% on $1,417.25; Claim# 1; Filed: $1,417.25; Reference: | 7100-000 | | 189.94 | 1,819.26 |
| 11/27/12 | 107 | Capital One Bank (USA), N.A. | Dividend paid 13.40% on $797.22; Claim# 2; Filed: $797.22; Reference: | 7100-000 | | 106.84 | 1,712.42 |
| 11/27/12 | 108 | GE Capital Retail Bank | Dividend paid 13.40% on $5,320.05; Claim# 3; Filed: $5,320.05; Reference: | 7100-000 | | 712.98 | 999.44 |
| 11/27/12 | 109 | Dell Financial Services, LLC | Dividend paid 13.40% on $3,443.85; Claim# 4; Filed: $3,443.85; Reference: | 7100-000 | | 461.53 | 537.91 |
| 11/27/12 | 110 | Capital One, N.A. | Dividend paid 13.40% on $827.74; Claim# 5; Filed: $827.74; Reference: | 7100-000 | | 110.93 | 426.98 |
| 11/27/12 | 111 | United Consumer Financial Serv. | Dividend paid 13.40% on $3,186.01; Claim# 6; Filed: $3,186.01; Reference: | 7100-000 | | 426.98 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,170.00 | 5,170.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 5,170.00 | 5,170.00 | |
| Less: Payments to Debtors | | 1,000.00 | |
| **NET Receipts / Disbursements** | **$5,170.00** | **$4,170.00** | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-00486-3G7 |
| **Case Name:** | COUGHENOUR, TRACEY S. |
| **Taxpayer ID #:** | **-***2289 |
| **Period Ending:** | 01/30/13 |

| | |
|---|---|
| **Trustee:** | Gregory K. Crews (290900) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******02-66 - Checking Account |
| **Blanket Bond:** | $33,900,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 5,170.00 |
| Less Payments to Debtor : | 1,000.00 |
| Net Estate : | $4,170.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******02-66** | 5,170.00 | 4,170.00 | 0.00 |
| | $5,170.00 | $4,170.00 | $0.00 |